# UNITED STATES DISTRICT COURT

### MIDDLE   DISTRICT OF   TENNESSEE

TENNESSEE RIVERKEEPER, INC.

V.

RICKY RAY, d/b/a RR FARMS
aka RR FARMS MASS GRADING

**EXHIBIT AND WITNESS LIST**

Case Number:  3:23-cv-878

| PRESIDING JUDGE Judge Waverly Crenshaw | | PLAINTIFF'S ATTORNEY Mark Martin | | DEFENDANT'S ATTORNEY Gregory Cashion, William Fitts | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 5/27/25 to 5/29/25 | | COURT REPORTER Lise Matthews | | COURTROOM DEPUTY Melissa Seay | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| x | | 5/27/25 | | | WIT:  JEREMY MATTINGLY |
| 1 | | 5/27/25 | X | X | Video from drone of Ray's site (3 minutes, 29 seconds) |
| 2 | | 5/27/25 | X | X | Video from drone of the Ray's site (1 minute, 9 seconds) |
| X | | 5/27/25 | | | WIT:  NICHOLAS KECK |
| 6 | | 5/27/25 | X | X | Photograph taken by Nicholas Keck on April 3, 2025. It was taken from the north side of Highway 12 by the southwest corner of the RR Farms |
| 7 | | 5/27/25 | X | X | Photograph taken by Nicholas Keck on April 3, 2025. |
| 8 | | 5/27/25 | X | X | Photograph taken by Nicholas Keck on April 3, 2025. |
| 9 | | 5/27/25 | X | X | Photograph taken by Nicholas Keck on April 3, 2025. |
| 10 | | 5/27/25 | X | X | Photograph taken by Nicholas Keck on April 3, 2025. |
| X | | 5/27/25 | | | WIT:  RICKY RAY, Defendant |
| 52-1 | | 5/27/25 | X | X | Notice of Intent for General NPDES Permit for Stormwater Discharges from Construction Activities (TNR100000)(CGP), filed by Crystal Ray for RR Farms Mass Grading. |
| 52-2 | | 5/27/25 | X | X | Storm Water Pollution Prevention Plan (SWPPP) for RR Farms, filed October 2019. |
| 52-3 | | 5/27/25 | X | X | Notice of Coverage for Tracking Number TNR24456 on June 9, 2020. |
| 52-4 | | 5/27/25 | X | X | A letter from TDEC to Crystal Ray on June 9, 2020. |
| 52.-5 | | 5/27/25 | X | X | NPDES General Permit for Discharges of Stormwater Associated with Construction Activities (Permit Number TNR100000). |
| 52-6 | | 5/27/25 | X | X | The Notice of Coverage under the CGP Tracking Number TNR246297 for Ricky Ray dba RR Farms. This is a public document downloaded from TDEC. |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| TN RIVERKEEPER, INC. | | vs. | | RICKY RAY | 3:23-cv-878 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 52-7 | | 5/27/25 | X | X | A report of an inspection by TDEC of RR Farms Mass Grading on June 28, 2023. |
| 54 | | 5/28/25 | X | X | Declaration of Ricky Ray |
| X | | 5/28/25 | | | WIT:  FRANK CANALE |
| 3 | | 5/28/25 | X | X | A video taken by Frank Canale at his property showing muddy water from the site entering the pipe under Ashland City Highway. (1 minute, 22 seconds). |
| 4 | | 5/28/25 | X | X | A video taken by Frank Canale at his property showing muddy water from the site entering the pipe under Ashland City Highway. (26 seconds). |
| X | | 5/28/25 | | | WIT:  BARRY SULKIN |
| 12 | | 5/28/25 | X | X | January 3, 2023, photograph taken by Barry Sulkin. |
| 13 | | 5/28/25 | X | X | January 3, 2023, photograph taken by Barry Sulkin. |
| 14 | | 5/28/25 | X | X | January 3, 2023, photograph taken by Barry Sulkin. |
| 15 | | 5/28/25 | X | X | January 3, 2023, photograph taken by Barry Sulkin. |
| 16 | | 5/28/25 | X | X | June 29, 2023, photograph taken by Barry Sulkin. |
| 17 | | 5/28/25 | X | X | June 29, 2023, photograph taken by Barry Sulkin. |
| 18 | | 5/28/25 | X | X | July 8, 2023, photograph taken by Barry Sulkin. |
| 19 | | 5/28/25 | X | X | July 19, 2023, photograph taken by Barry Sulkin. |
| 20 | | 5/28/25 | X | X | August 3, 2023, photograph taken by Barry Sulkin. |
| 21 | | 5/28/25 | X | X | August 3, 2023, photograph taken by Barry Sulkin. |
| 22 | | 5/28/25 | X | X | August 3, 2023, photograph taken by Barry Sulkin. |
| 23 | | 5/28/25 | X | X | August 12, 2023, photograph taken by Barry Sulkin. |
| 24 | | 5/28/25 | X | X | August 12, 2023, photograph taken by Barry Sulkin. |
| 25 | | 5/28/25 | X | X | August 12, 2023, photograph taken by Barry Sulkin. |
| 26 | | 5/28/25 | X | X | August 13, 2023, photograph taken by Barry Sulkin. |
| 27 | | 5/28/25 | X | X | August 13, 2023, photograph taken by Barry Sulkin. |
| 28 | | 5/28/25 | X | X | August 13, 2023, photograph taken by Barry Sulkin. |
| 29 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| TN RIVERKEEPER, INC. | | vs. | | RICKY RAY | 3:23-cv-878 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 30 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 31 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 32 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 33 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 34 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 35 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 36 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 37 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 38 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 39 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 40 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 41 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 42 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 43 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 44 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 45 | | 5/28/25 | X | X | September 21, 2023, photograph taken by Barry Sulkin. |
| 46 | | 5/28/25 | X | X | February 9, 2024, photograph taken by Barry Sulkin. |
| 47 | | 5/28/25 | X | X | February 28, 2024, photograph taken by Barry Sulkin. |
| 48 | | 5/28/25 | X | X | April 11, 2024, photograph taken by Barry Sulkin. |
| 49 | | 5/28/25 | X | X | May 8, 2024, photograph taken by Barry Sulkin. |
| 50 | | 5/28/25 | X | X | May 9, 2024, photograph taken by Barry Sulkin. |
| 55 | | 5/28/25 | X | X | May 20, 2025, photograph taken by Barry Sulkin |
| 56 | | 5/28/25 | X | X | May 20, 2025, photograph taken by Barry Sulkin |
| 57 | | 5/28/25 | X | X | May 20, 2025, photograph taken by Barry Sulkin |
| 58 | | 5/28/25 | X | X | May 20, 2025, photograph taken by Barry Sulkin |
| x | | 5/29/25 | | | WIT:  RICKY RAY |
| | 1 | 5/29/25 | X | X | Demonstrative – Approximate property location indicated on USGS Survey |

Page **3** of **4**

Case 3:23-cv-00878    Document 130    Filed 07/28/25    Page 3 of 4 PageID #: 1675

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| TN RIVERKEEPER, INC. vs. RICKY RAY | | | | | 3:23-cv-878 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 34 | 5/29/25 | X | X | May 21, 2025 photograph of property` |
| | 36 | 5/29/25 | X | X | May 21, 2025 photograph of property |
| | 37 | 5/29/25 | X | X | May 21, 2025 photograph of property |
| | 38 | 5/29/25 | X | X | May 21, 2025 photograph of property |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page **4** of **4**