**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE RIVERKEEPER, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 3:23-cv-00878** |
| | ) | |
| **RICKY RAY et al.,** | ) | **Judge Waverly D. Crenshaw, Jr.** |
| | ) | **Magistrate Judge Alistair Newbern** |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to LR83.01 of the Local Rules of Court for the United States District Court for the Middle District of Tennessee, and with the consent and agreement of Plaintiff Tennessee Riverkeeper, Inc., the undersigned counsel respectfully moves this Court to substitute Matthew JP Horton II of Klein Solomon Mills, PLLC, as counsel of record for Plaintiff in this matter, in place of Andrew T. Holt. Attorney Mark Martin will remain as co-counsel for Plaintiff in this case.

Respectfully submitted,

*/s/ Matthew JP Horton II*
Matthew JP Horton II (#38724)
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
Telephone: 615-600-4780
jp.horton@kleinpllc.com

**COUNSEL FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and all exhibits thereto, if any, have been served on the below-listed person(s), via the Court's CM/ECF electronic filing system, this Thursday, December 11, 2025.

Mark Martin
P.O. Box 1486
Oneonta, AL 35121
mmartin@markemartin.com

Andrea T. McKellar
McKellar Law Group, PLLC
117 28th Avenue N.
Nashville, TN 37203
andie@mckellarlawgroup.com

Gregory L. Cashion (BPR No. 10697)
William L. Fitts (BPR No. 37938)
Smith Cashion & Orr, PLC
3100 West End Avenue
One American Center, Suite 800
Nashville, TN 37203
*gcashion@smithcashion.com*
*wfitts@smithcashion.com*

Andrew Timothy Holt
1222 Demonbreun St Ste 1201
Nashville, TN 37203
pelbert@nealharwell.com

*/s/ Matthew JP Horton II*
Matthew JP Horton II (#38724)