| | |
|---|---|
| **TENNESSEE RIVERKEEPER, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **No. 3:23-cv-00878** |
| | ) |
| **RICKY RAY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Tennessee Riverkeeper, Inc.'s Motion to Alter or Amend Judgment or, in the Alternative, for New Trial (Doc. No. 126) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE