# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE RIVERKEEPER, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **Docket Number 3:23-00878** |
| | ) | |
| RICKY RAY, et al. | ) | |
|     Defendant. | ) | |
| | ) | |

---

## NOTICE OF APPEAL

---

Plaintiff, Tennessee Riverkeeper, Inc., appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on May 30, 2025, and the Order denying Tennessee Riverkeeper, Inc.'s Motion to Alter or Amend Judgment or, in the Alternative, for New Trial, entered on January 28, 2026.

Respectfully submitted,

/s/ Mark E. Martin
Mark E. Martin
P.O. Box 1486
Oneonta, Alabama 35121
(205) 516-9350
mmartin@markemartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, and all exhibits thereto, if any, has been served on the below-listed person(s), via the Court's CM/ECF electronic filing system, on the 26th day of February, 2026.

Mark E. Martin
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

Andrea Taylor McKellar (BPR #19618)
McKellar Law Group, PLLC
117 28th Avenue North
Nashville, TN 37203
Telephone: 615.866.9828
Facsimile: 615.866.1278
andie@.mckellarlawgroup.com

Matthew JP Horton II (#38724)
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
Telephone: 615-600-4780
jp.horton@kleinpllc.com

Gregory L. Cashion
William L. Fitts
Smith Cashion & Orr, PLC
3100 West End Avenue
One American Center, Suite 800
Nashville, Tennessee 37203
(615) 742-8553
(615) 742-8556 Facsimile
gcashion@smithcashion.com

*/s/ Mark E. Martin*